**FORD & HARRISON LLP**
Ross A. Boughton, SBN 241119
rboughton@fordharrison.com
Timothy L. Reed, SBN 258034
treed@fordharrison.com
Dan R. Lyman, SBN 319010
dlyman@fordharrison.com
505 Montgomery Street, Suite 1001
San Francisco, CA 94111
Telephone:   415-852-6910
Facsimile:   415-852-6925

Attorneys for Defendant
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued as
TERMINIX INTERNATIONAL)

**ATTORNEY AT LAW**
Michael J. Reed, SBN 122324
mreed10202@aol.com
60 CreekTree Lane
Alamo, CA 94507
Telephone:   925-743-8353

Attorney for Plaintiff
JULIO RUIZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RUIZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>TERMINIX INTERNATIONAL, and DOES 1-50,<br><br>                    Defendants. | Case No. 4:19-cv-04896-HSG<br><br>**JOINT STIPULATION TO ARBITRATE DISPUTE AND STAY LAWSUIT; ORDER**<br><br>Action Filed:     March 6, 2019<br>Action Removed:   August 15, 2019 |

Plaintiff JULIO RUIZ ("Plaintiff") and defendant THE TERMINIX INTERNATIONAL COMPANY LIMITED PARTNERSHIP (erroneously sued as TERMINIX INTERNATIONAL) ("Defendant") (collectively, the "Parties") hereby agree and stipulate as follows:

1. Plaintiff is a former employee of Defendant.

2. On December 23, 2015, Plaintiff signed Defendant's *We Listen* Dispute Resolution Plan, which states, in pertinent part, as follows: "I understand and agree that this *We Listen Dispute Resolution Plan ("We Listen"* or the "Plan") is designed to provide an exclusive, easy-to-use process for economical and prompt resolution of claims or controversies" between Plaintiff and Defendant. (Plan at ¶ 1 - "Introduction.")

3. On March 6, 2019, Plaintiff filed the instant lawsuit against Defendant alleging the following claims: (1) discrimination on the basis of physical disability in violation of the Fair Employment and Housing Act ("FEHA"); (2) discrimination on the basis of age in violation of FEHA; (3) harassment based on age in violation of FEHA; (4) discrimination on the basis of gender in violation of FEHA; (5) harassment based on gender in violation of FEHA; (6) discrimination on the basis of race and national origin in violation of FEHA; (7) wrongful discharge in violation of public policy; (8) retaliation in violation of FEHA; and (9) failure to prevent harassment and discrimination in violation of FEHA.

4. On August 15, 2019, Defendant removed the instant lawsuit to the United States District Court for the Northern District of California.

5. Each of the claims Plaintiff asserts in this lawsuit arises from Plaintiff's employment with Defendant or the termination of that employment relationship. The Parties have met and conferred, and agree, that the within lawsuit shall be stayed and that the Parties shall resolve their dispute pursuant to the *We Listen* Dispute Resolution Plan.

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT:**

1. The Parties agree to submit the instant dispute, including all claims asserted herein, to arbitration pursuant to the *We Listen* Dispute Resolution Plan;

2. Plaintiff and Defendant stipulate and agree to submit the entire Action to final and

1 | binding arbitration before the American Arbitration Association in accordance with the terms of
2 | the Plan and applicable law;

3. The filing of the March 6, 2019 Complaint in this Court shall constitute Plaintiff's written demand for arbitration consistent with the terms of the Arbitration Agreement, and Plaintiff's written demand for arbitration shall therefore relate back to the March 6, 2019 filing date, and the written demand for arbitration shall be deemed to have been initiated as of March 6, 2019;

4. The instant lawsuit shall be stayed pending arbitration; and

5. This Court will retain jurisdiction to enforce the arbitrator's decision and award, if necessary.

IT IS SO STIPULATED.

Dated: October 16, 2019   FORD & HARRISON LLP

By: /s/ *Timothy L. Reed*
Ross A. Boughton
Timothy L. Reed
Dan R. Lyman
Attorneys for Defendant
THE TERMINIX INTERNATIONAL
COMPANY LIMITED PARTNERSHIP
(erroneously sued as TERMINIX
INTERNATIONAL)

Dated: October 16, 2019   MICHAEL J. REED, ATTORNEY AT LAW

By: /s/ *Michael J. Reed*
Michael J. Reed
Attorney for Plaintiff
JULIO RUIZ

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 16, 2019          FORD & HARRISON LLP

By: /s/ *Timothy L. Reed*
    Ross A. Boughton
    Timothy L. Reed
    Dan R. Lyman
    Attorneys for Defendant
    THE TERMINIX INTERNATIONAL
    COMPANY LIMITED PARTNERSHIP
    (erroneously sued as TERMINIX
    INTERNATIONAL)

# ORDER

The Court, having considered the Parties' Joint Stipulation to Arbitrate Dispute and Stay Action, and finding good cause therefore, **GRANTS** the Parties' Joint Stipulation and **ORDERS**:

1. The instant dispute to arbitration pursuant to the ServiceMaster *We Listen* Dispute Resolution Plan;

2. The instant lawsuit shall be stayed pending arbitration; and

3. This Court will retain jurisdiction over the instant lawsuit to enforce the arbitrator's decision, if necessary.

The parties are further **DIRECTED** to submit a joint report regarding the status of arbitration every 90 days from the date of this order until the arbitration concludes, and to jointly notify the Court within 48 hours of the conclusion of the arbitration proceedings. The clerk is directed to administratively close the case.

Date: October 17, 2019

Honorable Haywood S. Gilliam, Jr.
United States District Court