**FORD & HARRISON LLP**
Ross A. Boughton, SBN 241119
rboughton@fordharrison.com
Timothy L. Reed, SBN 258034
treed@fordharrison.com
Dan R. Lyman, SBN 319010
dlyman@fordharrison.com
1901 Harrison Street, Suite 1650
Oakland, CA 94612
Telephone:    415-852-6910
Facsimile:    415-852-6925

Attorneys for Defendant
THE TERMINIX INTERNATIONAL COMPANY
LIMITED PARTNERSHIP (erroneously sued as
TERMINIX INTERNATIONAL)

**MICHAEL J. REED**
**ATTORNEY AT LAW**
Michael J. Reed, SBN 122324
mreed10202@aol.com
60 Creek Tree Lane
Alamo, CA 94507
Telephone:    925-743-8353
Facsimile:    734-468-6168

Attorney for Plaintiff
JULIO RUIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO RUIZ, | Case No.  4:19-cv-04896-HSG |
|                 Plaintiff, | **JOINT STIPULATION OF DISMISSAL;** ORDER |
| v. | |
| TERMINIX INTERNATIONAL, and DOES 1-50, | Action Filed:      March 6, 2019<br>Action Removed:  August 15, 2019 |
|                 Defendants. | |

FORD & HARRISON
LLP
ATTORNEYS AT LAW
OAKLAND

JOINT STIPULATION OF DISMISSAL
CASE NO. 4:19-CV-04896-HSG

1

**TO THE HONORABLE COURT:**

2   Plaintiff JULIO RUIZ and defendant THE TERMINIX INTERNATIONAL COMPANY

3   LIMITED PARTNERSHIP (erroneously sued as TERMINIX INTERNATIONAL), hereby

4   stipulate that the above-captioned action should be dismissed in its entirety with prejudice

5   pursuant to Local Rule 160(b) and Federal Code of Civil Procedure 41(a)(1)(A)(ii), with the

6   parties to bear their own attorneys' fees and costs.

7

8

9   Dated: June 1, 2020                    FORD & HARRISON LLP,

10

11                                          By: /s/ Timothy L. Reed
                                                Ross A. Boughton
12                                              Timothy L. Reed
                                                Daniel R. Lyman
13                                              Attorneys for Defendant
                                                THE TERMINIX INTERNATIONAL
14                                              COMPANY LIMITED PARTNERSHIP
                                                (erroneously sued as TERMINIX
15                                              INTERNATIONAL)

16

17

18  Dated: June 1, 2020                    MICHAEL J. REED, ATTORNEY AT LAW

19

20                                          By: /s/ Michael J. Reed
                                                Michael J. Reed
21                                              Attorney for Plaintiff
                                                JULIO RUIZ
22

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

JOINT STIPULATION OF DISMISSAL
CASE NO. 4:19-CV-04896-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

     **GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and enters the following order: The above-captioned matter is hereby dismissed as to all parties and all causes of action with prejudice.


     IT IS SO ORDERED.


DATED: ____6/2/2020____

Honorable Haywood S. Gilliam, Jr.
United States District Court

Ford & Harrison
LLP
Attorneys At Law
Oakland

- 3 -

JOINT STIPULATION OF DISMISSAL
CASE NO. 4:19-CV-04896-HSG